Jeremy Dobbins, Esq. SBN
Law Office of Jeremy M. Dobbins
1225 E. Divisadero Street
Fresno, CA 93721
Telephone: (559) 306-6580
Facsimile: (559) 316-4070
E-mail: admin@jeremymdobbins.com

Counsel for Defendant, Michael Dugan

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEFFREY MICHALK, STEVE GOMEZ, AND MICHAEL DUGAN,

Defendant.

CASE NO. 1:22-CR-00282-JLT-SKO

**AMENDED STIPULATION AND ORDER MODIFYING DEFENDANT'S CURFEW**

TO THE HONORABLE COURT:

The parties submit the following stipulation and proposed order:

1.      Defendant, Michael Dugan has begun working a new job at Rhoades Pool Plastering in Tulare County.

2.      Intensive Supervision Specialist, Lorena Gallagher confirmed Mr. Dugan's employment with Rhoades Pool Plastering and requested his curfew be modified to accommodate his work schedule.

3.      Mr. Dugan must arrive at work in Tulare County by 6:00 AM.

4.      Defendant requests his curfew be modified to 5:00 AM to 8:00 PM. This modification is only made for purposes of Mr. Dugan traveling to and working at his place

of employment. For all other times and circumstances, the original curfew is still in effect, pursuant to the court order.

5.      Parties stipulate to this modification to his curfew.


Dated:  March 22, 2023                    **PHILLIP A. TALBERT**
                                          United States Attorney

                                          /s/ Alexandre Dempsey
                                          Alexandre Dempsey
                                          Assistant United States Attorney



                                          **LAW OFFICE OF JEREMY M. DOBBINS**

Dated:  March 22, 2023                     /s/ Jeremy M. Dobbins
                                          Jeremy M. Dobbins
                                          Counsel for Defendant
                                          MICHAEL DUGAN




**ORDER**

IT IS HEREBY ORDERED that Defendant; Michael Dugan's curfew be modified to 5:00 AM to 8:00 PM.


Dated:      3/22/2023                     *Sheila K. Oberto*

                                          Sheila K. Oberto
                                          U.S. MAGISTRATE JUDGE

**STIPULATION AND ORDER MODIFYING DEFENDANT'S CURFEW**