1  PHILLIP A. TALBERT
   United States Attorney
2  ALEXANDRE DEMPSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

5

6  Attorneys for Plaintiff
   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  1:22-CR-00282-JLT-SKO

12                    Plaintiff,         STIPULATION TO VACATE STATUS HEARING
                                         DATE, SET CHANGE OF PLEA HEARING;
13          v.                           ORDER

14 MICHAEL DUGAN,                        DATE: May 3, 2023
                                         TIME: 1:00 p.m.
15                    Defendants.        COURT: Sheila K. Oberto

16

17                           **STIPULATION**

18      The United States of America, by and through its counsel of record, and MICHAEL DUGAN, by

19 and through his counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for status on May 3, 2023.

21      2.      By this stipulation, defendant now moves to vacate the status hearing and set the matter

22 for change of plea before the Court as to this defendant on May 8, 2023, at 10:30 a.m. before District

23 Judge Jennifer L. Thurston.

24      3.      The parties agree and stipulate, and request that the Court find the following:

25          a)      As the defendant does not intend on going to trial, the parties request that the

26 status hearing date be vacated.  Vacating the status hearing date will conserve judicial resources

27 for a case that has been resolved.

28      4.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,

within which trial must commence, the time period of May 3, 2023 to May 8, 2023, at 10:30 a.m. before

District Judge Jennifer L. Thurston, inclusive, is deemed excludable pursuant to 18 U.S.C.§

3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at

defendant's request on the basis of the Court's finding that the ends of justice served by taking such

action outweigh the best interest of the public and the defendant in a speedy trial.

5.        .

6.        Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.


Dated:  April 12, 2023                                    PHILLIP A. TALBERT
                                                         United States Attorney


                                                          /s/ ALEXANDRE DEMPSEY
                                                         ALEXANDRE DEMPSEY
                                                         Assistant United States Attorney


Dated:  April 12, 2023                                   /s/ JEREMY DOBBINS
                                                         JEREMY DOBBINS
                                                         Counsel for MICHAEL DUGAN


**ORDER**

IT IS SO ORDERED.


DATED:        4/14/2023                           _Sheila K. Oberto_
                                                  THE HONORABLE SHEILA K. OBERTO
                                                  UNITED STATES DISTRICT JUDGE