Jeremy Dobbins, Esq. SBN
Law Office of Jeremy M. Dobbins
1225 E. Divisadero Street
Fresno, CA 93721
Telephone: (559) 306-6580
Facsimile: (559) 316-4070
E-mail: admin@jeremymdobbins.com

Counsel for Defendant, Michael Dugan



UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY MICHALK, STEVE GOMEZ, AND MICHAEL DUGAN,<br><br>Defendant. | **CASE NO. 1:22-CR-00282-JLT-SKO**<br><br>**GRANTING DEFENDANT MICHAEL DUGAN'S MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS TO REMOVE DEFENDANT'S LOCATION MONITORING REQUIREMENT**<br><br>**Judge:** Hon. Stanley A. Boone<br>**Courtroom:** 9, 6th floor |

Having reviewed the defendant's unopposed motion to modify pre-trial release conditions to remove defendant's location monitoring requirement, it is hereby **ORDERED** that Defendant, Michael Dugan's Pre-Trial release conditions be modified to discontinue location monitoring, effective immediately.

IT IS SO ORDERED.

Dated:  **November 17, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

[PROPOSED ORDER] GRANTING DEFENDANT MICHAEL DUGAN'S MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS TO REMOVE DEFENDANT'S LOCATION MONITORING REQUIREMENT