PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL DUGAN,<br><br>  Defendant. | CASE NO. 1:22-CR-00282-JLT-SKO<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

On May 8, 2023, defendant Michael Dugan entered a guilty plea to Counts One, Four, and Eight of the Indictment which charges him with Conspiracy in violation of 18 U.S.C. § 371, Theft of Public Money in violation of 18 U.S.C. § 641, and Aggravated Identity Theft in violation of 18 U.S.C. § 1028A, respectively.

As part of his plea agreement with the United States, defendant Michael Dugan agreed to forfeit voluntarily and immediately a sum of money equal to those funds obtained as part of the criminal conduct associated with this case, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of violations of 18 U.S.C. §§ 371 and 641, to which he has pled guilty. *See* Defendant Dugan's Plea Agreement ¶ II.F. The United States hereby applies for entry of a money judgment as follows:

///

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Michael Dugan in the amount of $498,100.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Michael Dugan's conviction for violating 18 U.S.C. § 371 (Count One) and 18 U.S.C. § 641 (Count Two).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offenses of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Dated:  February 21, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

### **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Michael Dugan in the amount of $498,100.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals, in its secure custody and control.

IT IS SO ORDERED.

Dated: **February 22, 2024**

UNITED STATES DISTRICT JUDGE